IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRIAN TAYLOR, | § | |
| | § | |
| Plaintiff Below, | § | No. 257, 2018 |
| Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| GREEN ACRES FARM, INC., and | § | C. A. No. S17C-01-012 |
| JONATHAN HURD, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | | |

Submitted:   November 14, 2018
Decided:      November 28, 2018

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

## ORDER

This 28th day of November, 2018, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its May 7, 2018 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice